# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 13, 2019

Bridget M. McCormack,
Chief Justice

159077 & (46)

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

                                   SC: 159077
                                   COA: 342325
                                   Washtenaw CC: 14-000322-FH

ROGAN EDWARD LAMPE,
     Defendant-Appellant.
_____/

       On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the December 12, 2018 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 13, 2019



Clerk

a0212